IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as Personal Representative of the ESTATE OF JAMES RAMIREZ, deceased,

    Plaintiff,

v.

CORECIVIC OF TENNESSEE, d/b/a CORECIVIC, INC.; CIBOLA GENERAL HOSPITAL, INC.; JOSEPH R. BOUNDS, RN; JOSHUA LARSON, MD; CORRECTIONAL MEDICINE ASSOCIATES, P.C. and KEITH IVENS, MD,

    Defendants.

No. 1:25-cv-00395-KK-JMR

## NOTICE OF AGREED UPON EXTENSION OF TIME FOR CORECIVIC DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REMAND AND MOTION TO STAY BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS

Defendants CoreCivic of Tennessee d/b/a CoreCivic, Inc., Joseph R. Bounds, RN, Correctional Medicine Associates, P.C., and Keith Ivens, MD (collectively "CoreCivic Defendants"), give notice that the parties have agreed to a one-week extension of time for CoreCivic Defendants to file their Response to Plaintiff's Motion to Remand and Motion to Stay Briefing on Defendants' Motions to Dismiss (Dkt. 13), resulting in a new Response deadline of Friday, June 13, 2025.

/ / /


/ / /


/ / /

| | |
|---|---|
| Dated: June 5, 2025 | /s/ *Anne M. Orcutt*<br>Daniel P. Struck, AZ Bar No. 012377<br>Jacob B. Lee, NM Bar No. 154613<br>Anne M. Orcutt, AZ Bar No. 029387<br>STRUCK LOVE ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>Tel.: (480) 420-1600<br>Fax: (480) 420-1695<br>dstruck@strucklove.com<br>jlee@strucklove.com<br>aorcutt@strucklove.com<br><br>Deborah D. Wells<br>Debra J. Moulton<br>KENNEDY, MOULTON & WELLS, P.C.<br>2201 San Pedro N.E., Bldg. 3, Suite 200<br>Albuquerque, NM  87110<br>Tel.: (505) 844-7887<br>Fax: (505) 844-7123<br>ddwells@kmwpc.com<br>dmoulton@kmwpc.com<br><br>*Attorneys for Defendants CoreCivic of Tennessee d/b/a CoreCivic, Inc., Joseph R. Bounds, RN, Correctional Medicine Associates, P.C., and Keith Ivens, MD* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elizabeth M. Piazza
GUEBERT GENTILE & PIAZZA, PC
P. O. Box 93880
Albuquerque, NM 87109
Tel.: (505) 823-2300
epiazza@guebertlaw.com

Parrish Collins
Rebekah Wright
COLLINS & COLLINS, P.C.
P. O. Box 506
Albuquerque, NM 87103
Tel.: (505) 424-5958
parrish@collinsattorneys.com
rebekah@collinsattorneys.com

*Attorneys for Plaintiff*

Jessica D. Marshall
Veronica N. Mireles
MAYER LLP
4101 Indian School Rd NE, Suite 301N
Albuquerque, NM 87110
Tel: (505) 483-1840
jmarshall@mayerllp.com
vmireles@mayerllp.com

*Attorneys for Defendant Joshua Larson, M.D.*

                                            */s/ Kim Penny*