# EXHIBIT 1

**U.S. Department of Justice**
**United States Marshals Service**
**Prisoner Operations Division**

**Detention Services**
**Intergovernmental Agreement**

| 1. Agreement Number 51-96-0009 | 2. Effective Date OCT -1 2017 | 3. Facility Code(s) 6C6 | 4. DUNS Number 54442348 |
|---|---|---|---|

| 5. Issuing Federal Agency <br><br> United States Marshals Service <br> Prisoner Operations Division, CG-3, Suite 3000 <br> Washington, DC 20530-0001 | 6. Local Government <br> Cibola County Corrections Center <br> 2000 Cibola Loop <br> Milan, NM 87021 <br><br> Tax ID 85-0291095 |
|---|---|

| 7. Appropriation Data <br><br> 15-1020/X | 8. Local Contact Person <br><br> Valerie Taylor, County Manager |
|---|---|

| **Services** | 9. Telephone:  505-287-9431 <br> Email: vtaylor@co.cibola.nm.us |
|---|---|

| | **Estimated Number of Federal Beds** | **Per Diem Rate** |
|---|---|---|
| 10. This agreement is for the housing, safekeeping, and subsistence of Federal detainees, in accordance with content set forth herein. | 11. <br><br> Male: 475 Female:80 <br><br> Total: 555 | 12. <br><br> $Redacted |

| 13a. Optional Guard/Transportation Services to: <br><br> ☒ Medical Facility   ☒ Jail to Jail <br><br> ☒ U.S. Courthouse <br><br> ☐ JPATS <br><br> 13b. ☒ Department of Labor Wage Determination | 14. <br><br> Guard/Transportation Hourly Rates is $Redacted |
|---|---|

| 15. Local Government Certification <br><br> *To the best of my knowledge and belief, information submitted in support of this agreement is true and correct.  This document has been duly authorized by the governing authorities of their applying Department or Agency State or County Government and therefore agree to comply with all provisions set forth herein this document.* | 16. Signature of Person Authorized to Sign (Local) <br><br> **Redacted** <br><br> Signature <br> Jack Moleres <br> Print Name <br> Chairman                 10·19·2017 <br> Title                           Date |
|---|---|

| 17.Federal Detainee Type Authorized <br><br> ☒ Adult Male <br><br> ☒ Adult Female <br><br> ☐ Juvenile Male <br><br> ☐ Juvenile Female | 18. Other Authorized Agency User <br><br> ☐ BOP <br><br> ☐ ICE | 19. Signature of Person Authorized to Sign (Federal) <br><br> **Redacted** <br><br> Signature <br> Aisha Ogburn <br> Print Name <br> Grants Specialist          10-19-2017 <br> Title                           Date |
|---|---|---|

Page **1** of **14**

Agreement Number 51-96-0009

Authority ....................................................................................................... 3
Purpose of Agreement and Security Provided ............................................... 3
Period of Performance and Termination ........................................................ 4
Assignment and Outsourcing of Jail Operations ........................................... 4
Medical Services ............................................................................................ 4
Affordable Care Act ....................................................................................... 6
Receiving and Discharge of Federal Detainees ............................................. 6
Optional Guard/Transportation Services to Medical Facility ....................... 6
Optional Guard/Transportation Services to U.S. Courthouse ....................... 7
Optional Guard/Transportation Services to Justice Prisoner & Alien Transportation
System (JPATS) .............................................................................................. 7
Special Notifications ....................................................................................... 8
Restrictive Housing and Suicide Prevention ................................................. 9
Prison Rape Elimination Act (PREA) ............................................................ 9
Service Contract Act ....................................................................................... 9
Per-Diem Rate ................................................................................................ 10
Billing and Financial Provisions ................................................................... 11
Payment Procedures ....................................................................................... 11
Hold Harmless ................................................................................................ 12
Disputes .......................................................................................................... 12
Inspection of Services .................................................................................... 12
Modifications .................................................................................................. 12
Litigation ........................................................................................................ 12
Rape Elimination Act Reporting Information ............................................... 13

**Local Government (initial):**
**Federal Government (initial):**

Agreement Number 51-96-0009

## Authority

Pursuant to the authority of Section 119 of the Department of Justice Appropriations Act of 2001 (Public Law 106-553), this Agreement is entered into between the United States Marshals Service (hereinafter referred to as the "Federal Government") and **Cibola County Corrections Center** (hereinafter referred to as "Local Government"), who hereby agree as follows:

## Purpose of Agreement and Security Provided

The Federal Government and the Local Government establish this Agreement that allows the United States Marshals Service (USMS) or other authorized agency user as noted in block #18 on page (1) to house Federal detainees with the Local Government at the **Cibola County Corrections Center, 2000 Cibola Loop Milan, NM 87021** (hereinafter referred to as "the Facility") designated in #6 page 1.

The population(hereinafter referred to as "Federal detainees,") will include individuals charged with Federal offenses and detained while awaiting trial, individuals who have been sentenced and are awaiting designation and transport to a Bureau of Prisons (BOP) facility, and individuals who are awaiting a hearing on their immigration status or deportation.

The Local Government shall accept and provide for the secure custody, safekeeping, housing, subsistence and care of Federal detainees in accordance with all state and local laws, standards, regulations, policies and court orders applicable to the operation of the Facility. Detainees shall also be housed in a manner that is consistent with Federal law and the Core Detention Standards and/or any other standards required by an authorized agency whose detainees are housed by the Local Government pursuant to this Agreement.

The USMS ensures the secure custody, care, and safekeeping of USMS detainees. Accordingly, all housing or work assignments, and recreation or other activities for USMS detainees are permitted only within secure areas of the building or within the secure external recreational/exercise areas.

At all times, the Federal Government shall have access to the Facility and to the Federal detainees housed there, and to all records pertaining to this Agreement, including financial records, for a period going back three (3) years from the date of request by the Federal Government.

Local Government (initial): ___
Federal Government (initial): ___

Agreement Number 51-96-0009

## Period of Performance and Termination

This Agreement is effective upon the date of signature of the authorized USMS Prisoner Operations Division official, and remains in effect unless inactivated in writing by either party. Either party may terminate this Agreement for any reason with written notice at least thirty (30) calendar days in advance of termination, unless an emergency situation requires the immediate relocation of Federal detainees.

Where the Local Government has received a Cooperative Agreement Program (CAP) award, the termination provisions of the CAP prevail.

## Assignment and Outsourcing of Jail Operations

The overall management and operation of the Facility housing Federal detainees may not be contracted out without the prior express written consent of the Federal Government.

## Medical Services

The Local Government shall provide Federal detainees with the same level and range of care **inside** the Facility as that provided to state and local detainees. The Local Government is financially responsible for all medical care provided **inside** the Facility to Federal detainees. This includes the cost of all medical, dental, and mental health care as well as the cost of medical supplies, over-the-counter medications, and any prescription medications routinely stocked by the Facility which are provided to Federal detainees. When possible, generic medications should be prescribed. The cost of all of the above-referenced medical care is covered by the Federal per diem rate. However, for specialized medical services not routinely provided within the Facility, such as dialysis, the Federal Government will pay for the cost of that service.

The Federal Government is financially responsible for all medical care provided **outside** the Facility to Federal detainees. The Federal Government must be billed directly by outside medical care providers pursuant to arrangements made by the Local Government for outside medical care. The Local Government should utilize outside medical care providers that are covered by the USMS's National Managed Care Contract (NMCC) to reduce the costs and administrative workload associated with these medical services. The Local Government can obtain information about NMCC covered providers from the local USMS District Office. The Federal Government will be billed directly by the medical care provider **not** the Local Government. To ensure that Medicare rates are properly applied, medical claims for Federal detainees must be on Centers for Medicare and Medicaid (CMS) Forms so that they can be re-priced to Medicare rates in accordance with the provisions of Title 18 U.S.C. Section 4006. If the Local Government receives any bills for medical care provided to Federal detainees outside the Facility, the Local

**Local Government (initial):**
**Federal Government (initial):**

Agreement Number 51-96-0009

Government should immediately forward those bills to the Federal Government for processing.

All **outside** medical care provided to Federal detainees must be pre-approved by the Federal Government except in a medical emergency. In the event of an emergency, the Local Government shall proceed immediately with necessary medical treatment. In such an event, the Local Government shall notify the Federal Government immediately regarding the nature of the Federal detainee's illness or injury as well as the types of treatment provided.

Medical care for Federal detainees shall be provided by the Local Government in accordance with the provisions of USMS, Publication 100-Prisoner Health Care Standards (www.usmarshals.gov/prisoner/standards.htm) and in compliance with the Core Detention Standards or those standards which may be required by any other authorized agency user. The Local Government is responsible for all associated medical record keeping.

The Facility shall have in place an adequate infectious disease control program which includes testing of all Federal detainees for Tuberculosis (TB) within 14 days of intake.

TB testing shall be accomplished in accordance with the latest Centers for Disease Control (CDC) Guidelines and the result promptly documented in the Federal detainee's medical record. Special requests for expedited TB testing and clearance (to include time sensitive moves) will be accomplished through advance coordination by the Federal Government and Local Government.

The Local Government shall immediately notify the Federal Government of any cases of suspected or active TB or any other highly communicable diseases such as Severe Acute Respiratory Syndrome (SARS), Avian Flu, Methicillin-Resistant Staphylococcus Aureus (MRSA), Chicken Pox, etc., which might affect scheduled transports or productions so that protective measures can be taken by the Federal Government.

When a Federal detainee is being transferred and/or released from the Facility, they will be provided with seven (7) days of prescription medication which will be dispensed from the Facility. Medical records and the USM-553 must travel with the Federal detainee. If the records are maintained at a medical contractor's facility, it is the Local Government's responsibility to obtain them before a Federal detainee is moved.

Federal detainees may be charged a medical co-payment by the Local Government in accordance with the provisions of Title 18, USC Section 4013(d). The Federal Government is not responsible for medical co-payments and cannot be billed for these costs even for indigent Federal detainees.

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 51-96-0009

**Affordable Care Act**

The Local Government shall provide Federal detainees, upon release of custody; information regarding the Affordable Care Act, The Affordable Care Act website is located at http://www.hhs.gov/opa/affordable-care-act/.

**Receiving and Discharge of Federal Detainees**

The Local Government agrees to accept Federal detainees only upon presentation by a law enforcement officer of the Federal Government or a USMS designee with proper agency credentials

The Local Government shall not relocate a Federal detainee from one facility under its control to another facility not described in this Agreement without permission of the Federal Government.  Additional facilities within the same Agreement shall be identified in a modification.

The Local Government agrees to release Federal detainees only to law enforcement officers of the authorized Federal Government agency initially committing the Federal detainee (i.e., Drug Enforcement Administration (DEA), Immigration and Customs Enforcement (ICE), etc.) or to a Deputy United States Marshal (DUSM) or USMS designee with proper agency credentials.  Those Federal detainees who are remanded to custody by a DUSM may only be released to a DUSM or an agent specified by the DUSM of the Judicial District.

USMS Federal detainees sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement on Detainers and then only with the concurrence of the jurisdictional United States Marshal (USM).

**Optional Guard/Transportation Services to Medical Facility**

If Medical Facility in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal detainees housed at the Facility to and from a medical facility for outpatient care, and transportation and stationary guard services for Federal detainees admitted to a medical facility.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel.  Criteria as specified by the County Entity running the facility.  In all cases these are part of a fulltime Law Enforcement Officer (LEO) or Correctional Officer (CO) that have met the minimum training requirements.

Local Government (initial):
Federal Government (initial):

Agreement Number 51-96-0009

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirement for security, prisoner monitoring, visitation, and contraband control.

If an hourly rate for these services have been agreed upon to reimburse the Local Government, it will be stipulated in block #14 on page one (1) of this Agreement.  After **thirty-six (36) months**, if a rate adjustment is desired, the Local Government shall submit a request.  Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Optional Guard/Transportation Services to U.S. Courthouse**

If U.S. Courthouse in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal detainees housed at its facility to and from the U.S. Courthouse.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirements for security, detainee monitoring, and contraband control.

Upon arrival at the courthouse, the Local Government's transportation and escort guard will turn Federal detainees over to a DUSM only upon presentation by the deputy of proper law enforcement credentials.

The Local Government will not transport Federal detainees to any U.S. Courthouse without a specific request from the USM or their designee who will provide the detainee's name, the U.S. Courthouse, and the date the detainee is to be transported.

Each detainee will be restrained in handcuffs, waist chains, and leg irons during transportation unless otherwise authorized by the USMS.

If an hourly rate for these services have been agreed upon to reimburse the Local Government, it will be stipulated in block #14 on page one (1) of this Agreement.  After **thirty −six (36) months**, if a rate adjustment is desired, the Local Government shall submit a request.  Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Optional Guard/Transportation Services to Justice Prisoner & Alien Transportation System (JPATS)**

If JPATS in block #13 on page one (1) of this Agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation

Local Government (initial):
Federal Government (initial):

Agreement Number 51-96-0009

and escort guard services for Federal detainees housed at its facility to and from the JPATS.

These services should be performed by at least two (2) armed qualified law enforcement or correctional officer personnel.

The Local Government agrees to augment this security escort if requested by the USM to enhance specific requirements for security, detainee monitoring, and contraband control.

Upon arrival at JPATS, the Local Government's transportation and escort guards will turn federal detainees over to a DUSM only upon presentation by the deputy of proper law enforcement credentials.

The Local Government will not transport federal detainees to the airlift without a specific request from the USM who will provide the detainee's name, location (district), and the date the detainee is to be transported.

Each detainee will be restrained in handcuffs, waist chains, and leg irons during transportation.

If an hourly rate for these services has been agreed upon to reimburse the Local Government, it will be stipulated on in block #14 on page one (1) of this Agreement. After **thirty-six (36) months**, if a rate adjustment is desired, the Local Government shall submit a request. Mileage shall be reimbursed in accordance with the current GSA mileage rate.

**Special Notifications**

The Local Government shall notify the Federal Government of any activity by a Federal detainee which would likely result in litigation or alleged criminal activity.

The Local Government shall immediately notify the Federal Government of an escape of a Federal detainee. The Local Government shall use all reasonable means to apprehend the escaped Federal detainee and all reasonable costs in connection therewith shall be borne by the Local Government. The Federal Government shall have primary responsibility and authority to direct the pursuit and capture of such escaped Federal detainees. Additionally, the Local Government shall notify the Federal Government as soon as possible when a Federal detainee is involved in an attempted escape or conspiracy to escape from the Facility.

In the event of the death or assault or a medical emergency of a Federal detainee, the Local Government shall immediately notify the Federal Government.

Local Government (initial): 
Federal Government (initial):

Agreement Number 51-96-0009

## Restrictive Housing and Suicide Prevention

The Local Government shall have written policies, procedures, and practices requiring that all detainees in restrictive housing are personally observed by a correctional officer at least twice per hour, but no more than 40 minutes apart, on an irregular schedule. Detainees who are violent or mentally ill or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal detainees are under constant observation.

The Local Government shall immediately notify the concerned Chief Deputy U.S. Marshal, or his or her designee, when a member of a vulnerable population is placed in restrictive housing or their restrictive housing status changes.

The Local Government shall also provide reports to the USMS on a monthly basis listing all USMS detainees who were detained in restrictive housing, and the reasons for their assignment to restrictive housing. The report shall be submitted to the Chief Deputy U.S. Marshal, or his or her designee, no later than the tenth day of each month in a standard format established by the USMS.

The Local Government shall have a comprehensive suicide-prevention program in place incorporating all aspects of identification, assessment, evaluation, treatment, preventive intervention, and annual training of all medical, mental health, and correctional staff.

For the purposes of this Agreement, "restrictive housing" means any type of detention that involves all of the following three basic elements:

1. Removal from the general population, whether voluntary or involuntary;
2. Placement in a locked room or cell, whether alone or with another detainee; and
3. Inability to leave the room or cell for the vast majority of the day, typically 22 hours or more.

For the purposes of this Agreement, "vulnerable population" means juveniles and individuals with serious mental illness.

## Prison Rape Elimination Act (PREA)

The Facility must post the Prison Rape Elimination Act brochure/bulletin in each housing unit of the Facility. The Facility must abide by all relevant PREA regulations.

## Service Contract Act

This Agreement incorporates the following clause by reference, with the same force and effect as if it was given in full text.  Upon request, the full text will be made available.

Local Government (Initial): _____
Federal Government (Initial): _____

Agreement Number 51-96-0009

The full text of this provision may be accessed electronically at this address: http://www.dol.gov/oasam/regs/statutes/351.htm.

Federal Acquisition Regulation Clause(s):

52.222-41 Service Contract Act of 1965, as Amended (July 2005)

52.222-42 Statement of Equivalent Rates for Federal Hires (May 1989)

52.222-43 Fair Labor Standards Act and the Service Contract Act – Price Adjustment (Multiyear and Option Contracts) (May 1989)

The current Local Government wage rates shall be the prevailing wages unless notified by the Federal Government.

If the Department of Labor Wage Determination block #13b on page one (1) of this Agreement is checked, the Local Government agrees, in accordance with FAR PART 52.222.43 (f), must notify the Federal Government of any increase or decrease in applicable wages and fringe benefits claimed under this clause within 30 days after receiving a new wage determination.

**Per-Diem Rate**

The Federal Government will use various price analysis techniques and procedures to ensure the per-diem rate established by this Agreement is considered a fair and reasonable price. Examples of such techniques include, but are not limited to, the following:

1.  Comparison of the requested per-diem rate with the independent Federal Government estimate for detention services, otherwise known as the Core Rate;

2.  Comparison with per-diem rates at other state or local facilities of similar size and economic conditions;

3.  Comparison of previously proposed prices and previous Federal Government and commercial contract prices with current proposed prices for the same or similar items;

4.  Evaluation of the provided jail operating expense information;

The firm-fixed per-diem rate for services is stipulated in block #12 on page (1) of this agreement, and shall not be subject to adjustment on the basis of **Cibola County Corrections Center** actual cost experience in providing the service. The per-diem rate shall be fixed for a period from the effective date of this Agreement forward for **thirty-six (36) months**. The per-diem rate covers the support of one Federal detainee per

Local Government (initial):
Federal Government (initial):

Agreement Number 51-96-0009

"Federal detainee day", which shall include the day of arrival, but not the day of departure.

After **thirty-six (36) months**, if a per-diem rate adjustment is desired, the Local Government shall submit a request through the Office of the Federal Detention Trustee's (OFDT) electronic Intergovernmental Agreements (eIGA) area of the Detention Services Network (DSNetwork). All information pertaining to the Facility on the DSNetwork will be required before a new per-diem rate will be considered.

## Billing and Financial Provisions

The Local Government shall prepare and submit for certification and payment, original and separate invoices each month to each Federal Government component responsible for Federal detainees housed at the Facility.

Addresses for the components are:

**United States Marshals Service**
**District of New Mexico**
**333 Lomas Blvd. NW, Suite 180**
**Albuquerue, NM 87102**
**505-346-6400**

To constitute a proper monthly invoice, the name and address of the Facility, the name of each Federal detainee, their specific dates of confinement, the total days to be paid, the appropriate per diem rate as approved in the Agreement, and the total amount billed (total days multiplied by the per-diem rate per day) shall be listed, along with the name, title, complete address, and telephone number of the Local Government official responsible for invoice preparation. Additional services provided, such as transportation and guard services, shall be listed separately and itemized.

Nothing contained herein shall be construed to obligate the Federal Government to any expenditure or obligation of funds in excess of, or in advance of, appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. 1341.

## Payment Procedures

The Federal Government will make payments to the Local Government at the address listed in block #6 on page one (1) of this Agreement, on a monthly basis, promptly, after receipt of an appropriate invoice.

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 51-96-0009

**Hold Harmless**

It is understood and agreed that the Local Government shall fully defend, indemnify, and hold harmless the United States of America, its officers, employees, agents, and servants, individually and officially, for any and all liability caused by any act of any member of the Local Government or anyone else arising out of the use, operation, or handling of any property (to include any vehicle, equipment, and supplies) furnished to the Local Government in which legal ownership is retained by the United States of America, and to pay all claims, damages, judgments, legal costs, adjuster fees, and attorney fees related thereto.  The Local Government will be solely responsible for all maintenance, storage, and other expenses related to the care and responsibility for all property furnished to the Local Government.

**Disputes**

Disputes, questions, or concerns pertaining to this Agreement will be resolved between appropriate officials of each party.  Both the parties agree that they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to the parties.

**Inspection of Services**

Inspection standards for detainees may differ among authorized agency users.  The Local Government agrees to allow periodic inspections by Federal Government inspectors, to include approved Federal contractors, in accordance with the Core Detention Standards required by any or all of the Federal authorized agency users whose detainees may be housed pursuant to this Agreement     Findings of the inspections will be shared with the Facility administrator in order to promote improvements to Facility operations, conditions of confinement, and levels of services.

**Modifications**

For all modifications except for full or partial terminations, either party may initiate a request for modification to this Agreement in writing.  All modifications negotiated will be effective only upon written approval of both parties.

**Litigation**

The Federal Government shall be notified, in writing, of all litigation pertaining to this Agreement and provided copies of any pleadings filed or said litigation within five (5) working days of the filing.

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 51-96-0009

The Local Government shall cooperate with the Federal Government legal staff and/or the United States Attorney regarding any requests pertaining to Federal Government or Local Government litigation.

## Rape Elimination Act Reporting Information

### SEXUAL ASSAULT AWARENESS
This document is requested to be posted in each Housing Unit Bulletin Board at all Contract Detention Facilities. This document may be used and adapted by Intergovernmental Service Agreement Providers.
While detained by the Department of Justice, United States Marshals Service, you have a right to be safe and free from sexual harassment and sexual assaults.

### Definitions

#### A. Detainee-on-Detainee Sexual Abuse/Assault
One or more detainees engaging in or attempting to engage in a sexual act with another detainee or the use of **threats, intimidation, inappropriate touching** or other actions and/or communications by one or more detainees aimed at **coercing and/or pressuring** another detainee to engage in a sexual act.

#### B. Staff-on-Detainee Sexual Abuse/Assault
Staff member engaging in, or attempting to engage in a sexual act with any detainee or the intentional touching of a detainee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. **Sexual abuse/assault of detainees by staff or other detainees is an inappropriate use of power and is prohibited by DOJ policy and the law.**

#### C. Staff Sexual Misconduct is:
Sexual behavior between a staff member and detainee which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of detainees.

### Prohibited Acts
A detainee, who engages in inappropriate sexual behavior with or directs it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

- **Using Abusive or Obscene Language**
- **Sexual Assault**
- **Making a Sexual Proposal**
- **Indecent Exposure**
- **Engaging in Sex Act**

### Detention as a Safe Environment
While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Regardless of your sexual orientation, you have the right to be safe from unwanted sexual advances and acts.

### Confidentiality

Local Government (initial):
Federal Government (initial):

Agreement Number 51-96-0009

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement investigative purposes.

### Report All Assaults!

If you become a victim of a sexual assault, you should report it immediately to any staff person you trust, to include housing officers, chaplains, medical staff, supervisors or Deputy U.S. Marshals. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

- Write a letter reporting the sexual misconduct to the person in charge or the United States Marshal. To ensure confidentiality, use special (Legal) mail procedures.
- File an Emergency Detainee Grievance - If you decide your complaint is too sensitive to file with the Officer in Charge, you can file your Grievance directly with the Field Office Director. You can get the forms from your housing unit officer, or a Facility supervisor.
- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, U.S. Department of Justice, 950 Pennsylvania Ave. Room 4706, Washington, DC. 20530
- Call, at no expense to you, the Office of Inspector General (OIG). The phone number is 1-800-869-4499.

**Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported.**

A publication of the Office of the
Federal Detention Trustee
Washington, DC

Published February 2008

Local Government (initial):
Federal Government (initial):

```
                        Attachment 3 2015-2361
WD 15-2361 (Rev.-1) was first posted on www.wdol.gov on 09/06/2016
*****************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT        |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                       |       WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |  Wage Determination No.: 2015-2361
Daniel W. Simms         Division of    |        Revision No.: 1
Director          Wage Determinations  |     Date Of Revision: 09/01/2016
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.15 for calendar year 2016 applies to all contracts subject to the Service Contract Act for which the solicitation was issued on or after January 1, 2015. If this contract is covered by the EO, the contractor must pay all workers in any classification listed on this wage determination at least $10.15 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in calendar year 2016. The EO minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

State: New Mexico

Area: New Mexico Counties of Bernalillo, Catron, Cibola, Colfax, Los Alamos, McKinley, Mora, Rio Arriba, San Juan, San Miguel, Sandoval, Santa Fe, Socorro, Taos, Torrance, Valencia

```
              **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                          FOOTNOTE              RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                          13.01
  01012 - Accounting Clerk II                                         14.60
  01013 - Accounting Clerk III                                        16.33
  01020 - Administrative Assistant                                    18.17
  01035 - Court Reporter                                              18.61
  01051 - Data Entry Operator I                                       11.03
  01052 - Data Entry Operator II                                      13.44
  01060 - Dispatcher, Motor Vehicle                                   15.56
  01070 - Document Preparation Clerk                                  13.86
  01090 - Duplicating Machine Operator                               13.86
  01111 - General Clerk I                                             11.35
  01112 - General Clerk II                                            12.39
  01113 - General Clerk III                                           13.90
  01120 - Housing Referral Assistant                                  16.74
  01141 - Messenger Courier                                            9.98
  01191 - Order Clerk I                                               11.33
  01192 - Order Clerk II                                              12.91
  01261 - Personnel Assistant (Employment) I                          13.80
  01262 - Personnel Assistant (Employment) II                         15.44
  01263 - Personnel Assistant (Employment) III                        17.22
  01270 - Production Control Clerk                                    21.06
  01290 - Rental Clerk                                                12.25
  01300 - Scheduler, Maintenance                                      13.42
  01311 - Secretary I                                                 13.42
  01312 - Secretary II                                                15.01
  01313 - Secretary III                                               16.74
  01320 - Service Order Dispatcher                                    14.08
  01410 - Supply Technician                                           18.60
  01420 - Survey Worker                                               14.01
  01460 - Switchboard Operator/Receptionist                           11.02
                              Page 1
```

Attachment 3 2015-2361

```
01531 - Travel Clerk I                                    11.82
01532 - Travel Clerk II                                   12.76
01533 - Travel Clerk III                                  13.57
01611 - Word Processor I                                  11.91
01612 - Word Processor II                                 13.37
01613 - Word Processor III                                14.95
05000 - Automotive Service Occupations
 05005 - Automobile Body Repairer, Fiberglass             18.06
 05010 - Automotive  Electrician                          18.12
 05040 - Automotive Glass Installer                       15.82
 05070 - Automotive Worker                                15.82
 05110 - Mobile Equipment Servicer                        13.50
 05130 - Motor Equipment Metal Mechanic                   17.99
 05160 - Motor Equipment Metal Worker                     15.82
 05190 - Motor Vehicle Mechanic                           18.12
 05220 - Motor Vehicle Mechanic Helper                    13.62
 05250 - Motor Vehicle Upholstery Worker                  15.82
 05280 - Motor Vehicle Wrecker                            15.82
 05310 - Painter, Automotive                              17.19
 05340 - Radiator Repair Specialist                       15.82
 05370 - Tire Repairer                                    11.49
 05400 - Transmission Repair Specialist                   17.99
07000 - Food Preparation And Service Occupations
 07010 - Baker                                            11.60
 07041 - Cook I                                            9.75
 07042 - Cook II                                          11.64
 07070 - Dishwasher                                        7.89
 07130 - Food Service Worker                               9.36
 07210 - Meat Cutter                                      16.07
 07260 - Waiter/Waitress                                   7.80
09000 - Furniture Maintenance And Repair Occupations
 09010 - Electrostatic Spray Painter                      14.65
 09040 - Furniture Handler                                11.44
 09080 - Furniture Refinisher                             14.65
 09090 - Furniture Refinisher Helper                      12.45
 09110 - Furniture Repairer, Minor                        13.85
 09130 - Upholsterer                                      14.65
11000 - General Services And Support Occupations
 11030 - Cleaner, Vehicles                                 9.11
 11060 - Elevator Operator                                 9.11
 11090 - Gardener                                         14.29
 11122 - Housekeeping Aide                                 9.73
 11150 - Janitor                                           9.73
 11210 - Laborer, Grounds Maintenance                     10.39
 11240 - Maid or Houseman                                  8.48
 11260 - Pruner                                            8.88
 11270 - Tractor Operator                                 13.22
 11330 - Trail Maintenance Worker                         10.39
 11360 - Window Cleaner                                   11.39
12000 - Health Occupations
 12010 - Ambulance Driver                                 15.94
 12011 - Breath Alcohol Technician                        18.04
 12012 - Certified Occupational Therapist Assistant       25.32
 12015 - Certified Physical Therapist Assistant           21.02
 12020 - Dental Assistant                                 14.93
 12025 - Dental Hygienist                                 36.30
 12030 - EKG Technician                                   26.19
 12035 - Electroneurodiagnostic Technologist              26.19
 12040 - Emergency Medical Technician                     15.94
 12071 - Licensed Practical Nurse I                       18.73
 12072 - Licensed Practical Nurse II                      20.92
 12073 - Licensed Practical Nurse III                     23.32
 12100 - Medical Assistant                                13.10
```

Attachment 3 2015-2361

| | |
|---|---|
| 12130 - Medical Laboratory Technician | 18.44 |
| 12160 - Medical Record Clerk | 13.62 |
| 12190 - Medical Record Technician | 15.65 |
| 12195 - Medical Transcriptionist | 14.42 |
| 12210 - Nuclear Medicine Technologist | 36.03 |
| 12221 - Nursing Assistant I | 10.38 |
| 12222 - Nursing Assistant II | 11.67 |
| 12223 - Nursing Assistant III | 12.74 |
| 12224 - Nursing Assistant IV | 14.29 |
| 12235 - Optical Dispenser | 14.29 |
| 12236 - Optical Technician | 14.53 |
| 12250 - Pharmacy Technician | 14.09 |
| 12280 - Phlebotomist | 14.29 |
| 12305 - Radiologic Technologist | 26.71 |
| 12311 - Registered Nurse I | 25.39 |
| 12312 - Registered Nurse II | 31.06 |
| 12313 - Registered Nurse II, Specialist | 31.06 |
| 12314 - Registered Nurse III | 37.58 |
| 12315 - Registered Nurse III, Anesthetist | 37.58 |
| 12316 - Registered Nurse IV | 45.04 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 20.31 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 17.35 |
| 13012 - Exhibits Specialist II | 21.18 |
| 13013 - Exhibits Specialist III | 25.33 |
| 13041 - Illustrator I | 16.10 |
| 13042 - Illustrator II | 19.95 |
| 13043 - Illustrator III | 23.03 |
| 13047 - Librarian | 22.91 |
| 13050 - Library Aide/Clerk | 9.11 |
| 13054 - Library Information Technology Systems Administrator | 20.67 |
| 13058 - Library Technician | 13.73 |
| 13061 - Media Specialist I | 15.31 |
| 13062 - Media Specialist II | 17.18 |
| 13063 - Media Specialist III | 19.07 |
| 13071 - Photographer I | 15.88 |
| 13072 - Photographer II | 17.63 |
| 13073 - Photographer III | 21.70 |
| 13074 - Photographer IV | 24.30 |
| 13075 - Photographer V | 29.39 |
| 13110 - Video Teleconference Technician | 18.57 |
| 14000 - Information Technology Occupations | |
| 14041 - Computer Operator I | 14.98 |
| 14042 - Computer Operator II | 16.76 |
| 14043 - Computer Operator III | 19.12 |
| 14044 - Computer Operator IV | 21.26 |
| 14045 - Computer Operator V | 24.34 |
| 14071 - Computer Programmer I          (see 1) | 22.41 |
| 14072 - Computer Programmer II         (see 1) | 26.14 |
| 14073 - Computer Programmer III        (see 1) | |
| 14074 - Computer Programmer IV         (see 1) | |
| 14101 - Computer Systems Analyst I     (see 1) | |
| 14102 - Computer Systems Analyst II    (see 1) | |
| 14103 - Computer Systems Analyst III   (see 1) | |
| 14150 - Peripheral Equipment Operator | 14.98 |
| 14160 - Personal Computer Support Technician | 21.52 |
| 15000 - Instructional Occupations | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | 27.62 |
| 15020 - Aircrew Training Devices Instructor (Rated) | 33.39 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | 40.05 |
| 15050 - Computer Based Training Specialist / Instructor | 27.62 |
| 15060 - Educational Technologist | 25.93 |

Attachment 3 2015-2361

```
15070 - Flight Instructor (Pilot)                                40.05
15080 - Graphic Artist                                           22.41
15090 - Technical Instructor                                     18.61
15095 - Technical Instructor/Course Developer                    25.06
15110 - Test Proctor                                             15.01
15120 - Tutor                                                    15.01
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler                                                 8.80
16030 - Counter Attendant                                         8.80
16040 - Dry Cleaner                                              10.58
16070 - Finisher, Flatwork, Machine                              8.80
16090 - Presser, Hand                                             8.80
16110 - Presser, Machine, Drycleaning                            8.80
16130 - Presser, Machine, Shirts                                 8.80
16160 - Presser, Machine, Wearing Apparel, Laundry               8.80
16190 - Sewing Machine Operator                                 11.15
16220 - Tailor                                                  11.73
16250 - Washer, Machine                                          9.39
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                       19.95
19040 - Tool And Die Maker                                      24.09
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                       14.21
21030 - Material Coordinator                                     21.06
21040 - Material Expediter                                       21.06
21050 - Material Handling Laborer                                10.90
21071 - Order Filler                                             11.53
21080 - Production Line Worker (Food Processing)                14.21
21110 - Shipping Packer                                         13.14
21130 - Shipping/Receiving Clerk                                13.14
21140 - Store Worker I                                           8.78
21150 - Stock Clerk                                             13.78
21210 - Tools And Parts Attendant                               14.21
21410 - Warehouse Specialist                                    14.21
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                             24.01
23021 - Aircraft Mechanic I                                     22.48
23022 - Aircraft Mechanic II                                    24.01
23023 - Aircraft Mechanic III                                   25.31
23040 - Aircraft Mechanic Helper                                16.62
23050 - Aircraft, Painter                                       20.56
23060 - Aircraft Servicer                                       18.79
23080 - Aircraft Worker                                         20.11
23110 - Appliance Mechanic                                      14.70
23120 - Bicycle Repairer                                        10.94
23125 - Cable Splicer                                           21.67
23130 - Carpenter, Maintenance                                  16.70
23140 - Carpet Layer                                            17.16
23160 - Electrician, Maintenance                                21.52
23181 - Electronics Technician Maintenance I                    25.16
23182 - Electronics Technician Maintenance II                   27.32
23183 - Electronics Technician Maintenance III                  29.47
23260 - Fabric Worker                                           15.70
23290 - Fire Alarm System Mechanic                              18.76
23310 - Fire Extinguisher Repairer                              14.23
23311 - Fuel Distribution System Mechanic                       21.10
23312 - Fuel Distribution System Operator                       16.38
23370 - General Maintenance Worker                              15.10
23380 - Ground Support Equipment Mechanic                       22.48
23381 - Ground Support Equipment Servicer                       18.79
23382 - Ground Support Equipment Worker                         20.11
23391 - Gunsmith I                                              14.23
23392 - Gunsmith II                                             17.16
```

Page 4

Attachment 3 2015-2361

| | |
|---|---|
| 23393 – Gunsmith III | 20.11 |
| 23410 – Heating, Ventilation And Air-Conditioning Mechanic | 19.25 |
| 23411 – Heating, Ventilation And Air Contditioning Mechanic (Research Facility) | 21.26 |
| 23430 – Heavy Equipment Mechanic | 19.48 |
| 23440 – Heavy Equipment Operator | 17.25 |
| 23460 – Instrument Mechanic | 27.47 |
| 23465 – Laboratory/Shelter Mechanic | 18.64 |
| 23470 – Laborer | 10.90 |
| 23510 – Locksmith | 18.64 |
| 23530 – Machinery Maintenance Mechanic | 22.60 |
| 23550 – Machinist, Maintenance | 21.25 |
| 23580 – Maintenance Trades Helper | 12.56 |
| 23591 – Metrology Technician I | 27.47 |
| 23592 – Metrology Technician II | 29.34 |
| 23593 – Metrology Technician III | 30.82 |
| 23640 – Millwright | 20.11 |
| 23710 – Office Appliance Repairer | 19.21 |
| 23760 – Painter, Maintenance | 15.94 |
| 23790 – Pipefitter, Maintenance | 22.03 |
| 23810 – Plumber, Maintenance | 20.60 |
| 23820 – Pneudraulic Systems Mechanic | 20.11 |
| 23850 – Rigger | 20.11 |
| 23870 – Scale Mechanic | 17.16 |
| 23890 – Sheet-Metal Worker, Maintenance | 19.22 |
| 23910 – Small Engine Mechanic | 15.07 |
| 23931 – Telecommunications Mechanic I | 24.06 |
| 23932 – Telecommunications Mechanic II | 25.71 |
| 23950 – Telephone Lineman | 21.26 |
| 23960 – Welder, Combination, Maintenance | 18.39 |
| 23965 – Well Driller | 19.77 |
| 23970 – Woodcraft Worker | 20.11 |
| 23980 – Woodworker | 16.61 |
| 24000 – Personal Needs Occupations | |
| 24570 – Child Care Attendant | 10.31 |
| 24580 – Child Care Center Clerk | 14.77 |
| 24610 – Chore Aide | 9.40 |
| 24620 – Family Readiness And Support Services Coordinator | 13.49 |
| 24630 – Homemaker | 17.49 |
| 25000 – Plant And System Operations Occupations | |
| 25010 – Boiler Tender | 19.77 |
| 25040 – Sewage Plant Operator | 18.32 |
| 25070 – Stationary Engineer | 19.77 |
| 25190 – Ventilation Equipment Tender | 12.56 |
| 25210 – Water Treatment Plant Operator | 17.38 |
| 27000 – Protective Service Occupations | |
| 27004 – Alarm Monitor | 13.86 |
| 27007 – Baggage Inspector | 11.23 |
| 27008 – Corrections Officer | 15.36 |
| 27010 – Court Security Officer | 16.86 |
| 27030 – Detection Dog Handler | 13.16 |
| 27040 – Detention Officer | 15.36 |
| 27070 – Firefighter | 16.86 |
| 27101 – Guard I | 11.23 |
| 27102 – Guard II | 12.56 |
| 27131 – Police Officer I | 18.47 |
| 27132 – Police Officer II | 20.52 |
| 28000 – Recreation Occupations | |
| 28041 – Carnival Equipment Operator | 13.55 |
| 28042 – Carnival Equipment Repairer | 14.77 |
| 28043 – Carnival Worker | 9.34 |

Attachment 3 2015-2361

```
28210 - Gate Attendant/Gate Tender                                    13.59
28310 - Lifeguard                                                     11.34
28350 - Park Attendant (Aide)                                         15.21
28510 - Recreation Aide/Health Facility Attendant                     11.10
28515 - Recreation Specialist                                         18.06
28630 - Sports Official                                               12.11
28690 - Swimming Pool Operator                                        18.36
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                            20.42
29020 - Hatch Tender                                                  20.42
29030 - Line Handler                                                  20.42
29041 - Stevedore I                                                   19.04
29042 - Stevedore II                                                  22.17
30000 - Technical Occupations
30010 - Air Traffic Control Specialist, Center (HFO)    (see 2)       35.77
30011 - Air Traffic Control Specialist, Station (HFO)   (see 2)       24.66
30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)        27.16
30021 - Archeological Technician I                                    17.39
30022 - Archeological Technician II                                   19.50
30023 - Archeological Technician III                                  23.87
30030 - Cartographic Technician                                       24.17
30040 - Civil Engineering Technician                                  24.00
30061 - Drafter/CAD Operator I                                        17.39
30062 - Drafter/CAD Operator II                                       19.50
30063 - Drafter/CAD Operator III                                      21.75
30064 - Drafter/CAD Operator IV                                       25.91
30081 - Engineering Technician I                                      15.18
30082 - Engineering Technician II                                     17.03
30083 - Engineering Technician III                                    19.05
30084 - Engineering Technician IV                                     23.61
30085 - Engineering Technician V                                      28.88
30086 - Engineering Technician VI                                     34.94
30090 - Environmental Technician                                      20.36
30210 - Laboratory Technician                                         22.61
30240 - Mathematical Technician                                       24.17
30361 - Paralegal/Legal Assistant I                                   15.40
30362 - Paralegal/Legal Assistant II                                  19.08
30363 - Paralegal/Legal Assistant III                                 23.34
30364 - Paralegal/Legal Assistant IV                                  28.24
30390 - Photo-Optics Technician                                       24.17
30461 - Technical Writer I                                            21.22
30462 - Technical Writer II                                           25.96
30463 - Technical Writer III                                          31.40
30491 - Unexploded Ordnance (UXO) Technician I                        22.74
30492 - Unexploded Ordnance (UXO) Technician II                       27.51
30493 - Unexploded Ordnance (UXO) Technician III                      32.97
30494 - Unexploded (UXO) Safety Escort                                22.74
30495 - Unexploded (UXO) Sweep Personnel                              22.74
30620 - Weather Observer, Combined Upper Air Or         (see 2)       21.75
Surface Programs
30621 - Weather Observer, Senior                        (see 2)       24.17
31000 - Transportation/Mobile Equipment Operation Occupations
31020 - Bus Aide                                                      10.73
31030 - Bus Driver                                                    17.17
31043 - Driver Courier                                                13.34
31260 - Parking and Lot Attendant                                      9.72
31290 - Shuttle Bus Driver                                            13.56
31310 - Taxi Driver                                                   10.53
31361 - Truckdriver, Light                                            13.56
31362 - Truckdriver, Medium                                           16.66
31363 - Truckdriver, Heavy                                            18.93
31364 - Truckdriver, Tractor-Trailer                                  18.93
99000 - Miscellaneous Occupations
```

Attachment 3 2015-2361

```
99030 - Cashier                                    9.11
99050 - Desk Clerk                                 9.14
99095 - Embalmer                                  23.74
99251 - Laboratory Animal Caretaker I             11.13
99252 - Laboratory Animal Caretaker II            12.42
99310 - Mortician                                 23.75
99410 - Pest Controller                           17.07
99510 - Photofinishing Worker                     12.14
99710 - Recycling Laborer                         12.03
99711 - Recycling Specialist                      15.57
99730 - Refuse Collector                          10.99
99810 - Sales Clerk                               11.98
99820 - School Crossing Guard                     10.28
99830 - Survey Party Chief                        19.48
99831 - Surveying Aide                            17.72
99832 - Surveying Technician                      17.87
99840 - Vending Machine Attendant                 11.72
99841 - Vending Machine Repairer                  14.59
99842 - Vending Machine Repairer Helper           10.51
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.27 per hour or $170.80 per week or $740.13 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor, 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Attachment 3 2015-2361

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption.  Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving, unloading, storage, and hauling of ordnance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining

Attachment 3 2015-2361
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE
Standard Form 1444 (SF-1444)

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined (See 29 CFR 4.6(b)(2)(i)). Such conforming
procedures shall be initiated by the contractor prior to the performance of contract
work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage
and Hour Division shall make a final determination of conformed classification, wage
rate, and/or fringe benefits which shall be retroactive to the commencement date of
the contract (See 29 CFR 4.6(b)(2)(iv)(C)(vi)). When multiple wage determinations
are included in a contract, a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
the proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, U.S. Department of Labor, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

Page 9

Attachment 3 2015-2361

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

 

**Amendment to the County of Cibola Detention Services Intergovernmental Agreement with the United States Marshal Service Prisoner Operations Division**

THIS Amendment to the **United States Marshal Service Prisoner Operations Division** Intergovernmental Agreement ("Agreement") is made as of October 19, 2017, by and between the Board of County Commissioners of Cibola County, New Mexico, a political subdivision of the State of New Mexico ("County") and U.S. Department of Justice, Marshal Service, United States Marshal's Service Prisoner Operation Division ("Marshal Service").

**RECITALS:**

1.    The County and Marshal Service entered into a contract on October 19, 2017 whereby the County agreed to house the Marshal Service's Detainees, as a passthrough entity, with its contract with Core Civic, Milan; and,

2.    The County of Cibola is prohibited by the NM Constitution from holding harmless a third party as it is contingent liability. (N.M. Const. art. IX, §§ 8, 11-13- have been judicially interpreted to preclude a government from entering into an agreement subjecting it to contingent liability, the amount of which is uncertain at the time of the agreement, including liability for attorney fees [].")

3.    The Board is entering into this agreement with the Marshal's Service on an emergency

basis in order to provide support and housing to the Marshal's Service due to the closure

of the Torrance Facility, effective Friday, October 20, 2017.

**NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1.    **Incorporation of Recitals.**  The foregoing recitals are incorporated by reference as a

material part of the Agreement as if the same were set out completely in the Agreement.

2.    **Amendment.**  The Agreement shall be amended as set forth in this instrument, and, except

as expressly amended by this instrument, all of the terms, covenants and conditions shall

remain in full force and effect as written. In the event of any conflict or discrepancy

between this Amendment and the Agreement, this Amendment shall control.

3.    **Amendment to P. 4 of the Agreement the "Assignment and Outsourcing of Jail**

**Operations" Clause of the Contract.**  The **Assignment and Outsourcing of Jail**

**Operations** clause is hereby deleted in its entirety and the following section is substituted

in its place:

The parties expressly agree and understand that overall management and operation of the
housing of the Federal Detainees subject to this Agreement is contracted by the County to Core
Civic under the County's agreement with Core Civic. The Marshal Service's hereby grants its
consent to the contracting.

4.    **Termination: Amendment to P. 4 of the Agreement the "Period of Performance and**

**Termination" Clause. of the Contract.**  The **Period of Performance and Termination**

clause is hereby deleted in its entirety and the following section is substituted in its place:

Termination. This Agreement is effective upon the date of signature of the authorized
Marshal Service official and the Board of County Commissioner, as such authority may
be delegated, to this Agreement and this Amendment. This Agreement may be terminated
by either party, provided 60 days' notice is given to the other in advance of the effective
date of termination, although the Parties may agree to a shorter notification period.

5.    **Amendment to P. 12 of the Agreement the "Hold Harmless" Clause. of the Contract.**

The hold harmless clause is hereby deleted in its entirety and the following section is

substituted in its place:

Unless specifically addressed by the terms of this Agreement, the parties agree to be responsible for the negligent or wrongful acts or omissions of their respective employees.

A. <u>County Held Harmless:</u>  Marshal Service liability for any injury, damage or loss to persons or property arising in the performance of this Agreement and caused by the negligence of its own off Marshal Servicers, employees, agents and representatives is governed by the Federal Tort Claims Act, 28 USC 2691 *et seq.*  The County shall promptly notify Marshal Service of any claims or lawsuits filed against any Marshal Service employees of which County is notified.  The County will be held harmless for any injury, damage or loss to persons or property caused by an Marshal Service employee arising in the performance of this Agreement.

B. <u>Federal Government Held Harmless:</u>  County liability for any injury, damage or loss to persons or property arising out of the performance of this Agreement and caused by the negligence of its own off Marshal Servicers, employees, agents and representatives is governed by the applicable State tort claims act.  Marshal Service will promptly notify the County of any claims filed against any of County's employees of which Marshal Service is notified.  The Federal Government will be held harmless for any injury, damage or loss to persons or property caused by a County employee arising in the performance of this Agreement.

A. <u>Defense of Suit:</u>  In the event a detainee files suit against the County contesting the legality of the detainee's incarceration and/or immigration/citizenship status, or a detainee files suit as a result of an administrative error or omission of the Federal Government, Marshal Service will request that the U.S. Attorney's Office, as appropriate, move either to have the County dismissed from such suit; to have Marshal Service substituted as the proper party defendant; or to have the case removed to a court of proper jurisdiction. Regardless of the decision on any such motion, Marshal Service will request that the U.S. Attorney's Office be responsible for the defense of any suit on these grounds.

B. <u>Marshal Service Recovery Right:</u>  The County shall do nothing to prejudice the Marshal Service's right to recover against third parties for any loss, destruction of, or damage to U.S. Government property.  Upon request of the Marshal Service, the County shall furnish to Marshal Service all reasonable assistance and cooperation, including assistance in the prosecution of suit and execution of the instruments of assignment in favor of Marshal Service in obtaining recovery.

**WITNESSETH,** the parties have made and executed this instrument as of the day and year first written above.

Page 3 of 4

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA COUNTY**

**APPROVED AND ADOPTED** this 19th day of October, 2017.

Redacted

Jack Moleres, Chairman

**ABSENT**

Robert Armijo, 1st Vice Chair

Redacted

Robert Windhorst, 2nd Vice-Chair

Redacted

Martha Garcia, Commissioner

Redacted

Daniel Torrez, Commissioner

ATTEST BY:

Redacted

Michelle E. Dominguez, County Clerk



SEAL

**MARHAL SERVICE**

Redacted

Aisha Ogburn, Grant Specialist

10/19/2017

Date

# EXHIBIT 2

**Agreement between**
**Cibola County, New Mexico**
**and**
**Corrections Corporation of America**

THIS Agreement is made and entered into by and between Cibola County (the County), a political subdivision of the State of New Mexico and Corrections Corporation of America (CCA), a Maryland corporation with its principal offices located at 10 Burton Hills Boulevard, Nashville, Tennessee 37215.

WHEREAS, the County intends to enter into an Intergovernmental Service Agreement (IGSA) with the United States Immigration and Customs Enforcement (ICE), a copy of which is attached hereto as Exhibit A;

WHEREAS, CCA owns the Cibola County Correctional Center in Milan, New Mexico (Facility) and desires to house federal inmates at the Facility pursuant to the IGSA;

WHEREAS, the County desires CCA to house federal inmates at the Facility pursuant to the IGSA; and

WHEREAS, the County will benefit from CCA's housing of the government's inmates at the Facility through the creation of jobs and the payment of applicable property taxes.

WHEREAS, this Management Agreement is subject to NMSA 1978, Section 13-1-98(M).

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, CCA and the County hereby agree as follows:

1.  The County shall enter into the IGSA with ICE, and the County may enter other/additional IGSAs for services to be provided at the Facility, subject to CCA's advance written approval.

2.  The County shall place federal inmates at the Facility as directed by the applicable federal entity pursuant to the attached IGSA.

3.  For every federal inmate accepted into custody at the Facility, CCA shall provide services in compliance with the terms of the applicable IGSA, which shall be appended to and incorporated into this Agreement.

4.  The County will not amend or otherwise change the terms of the IGSA without the advance written approval of CCA. CCA is not obligated to house inmates at the Facility if the IGSA is changed without its written approval.

5.      Should CCA desire to seek an increase in per diem from the federal government under the IGSA, CCA shall provide all documentation necessary and appropriate to that effort, and the County shall provide all necessary and reasonable cooperation in the pursuit of the increase. Any such increase in per diem rests in the sole discretion of the federal government.

6.      CCA shall indemnify, defend and hold harmless the County and its officers and employees from liability and any claims suits, judgments and damages to the extent such claims, suits, judgments and damages arise from the performance of the specific duties outlined in this Agreement. Nothing herein shall be construed to require CCA to defend or indemnify any party for any claims, lawsuits, damages, expenses, costs or losses arising from any Habeas Corpus action or other action challenging the validity of a conviction or sentence.

7.      The County shall pay CCA all funds received pursuant to the IGSA within 10 working days of the County's receipt of the funds from the government, less an administrative fee of $[Redacted] per day per inmate. CCA agrees to submit the necessary documentation for payment as set forth in the IGSA. The County will not be responsible for payment of funds owed but not rendered by the federal government.

8.      The term of this Agreement shall commence on date of the last signature and run concurrent with the term of the IGSA unless otherwise terminated as provided herein.

9.      Either party may terminate this Agreement for convenience on sixty (60) days written notice to the other party.

10.     The failure of performance of any of the terms and conditions of the Agreement resulting from causes beyond the control and without fault or negligence of the parties, including but not limited to acts of God, war, civil insurrection or riot, shall not be a breach.

11.     The provisions of this Agreement are for the sole benefit of the parties hereto and shall not be construed as conferring any rights on any other person or entity, including but not limited to, inmates held pursuant to the IGSA.

12.     This Agreement shall be interpreted under the laws of the State of New Mexico. Venue shall be in the 13th Judicial District Court, County of Cibola. Neither party shall be responsible for the attorneys' fees of the other.

13.     This Agreement shall not be altered, changed or amended except in writing

signed by both parties.

14.     This Agreement incorporates all the agreements, covenants and understandings between the parties. No prior contract or understandings, verbal or otherwise, of the parties and/or their agents shall be valid or enforceable unless embodied in this Agreement.

15.     The Contractor agrees to abide by all federal, state and county laws and rules and regulations, pertaining to equal employment opportunity. In accordance with all such laws, the Contractor assures that no person in the United States shall, on the grounds of race, religion, color, national origin, ancestry, sex, age, physical or mental handicap, or serious medical condition, spousal affiliation, sexual orientation or gender identity, be excluded from employment with or participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity performed under this Agreement. If Contractor is found not to be in compliance with these requirements during the life of this Agreement, Contractor agrees to take appropriate steps to correct these deficiencies.

16.     The Contractor agrees to comply with state laws and rules applicable to workers compensation benefits for its employees. If the Contractor fails to comply with the Workers Compensation Act and applicable rules when required to do so, this Agreement may be terminated by the County.

17.     The Contractor and its agents and employees are independent contractors performing professional services for the County and are not employees of the County of Cibola. The Contractor and its agents and employees shall not accrue leave, retirement, insurance, bonding, use of county vehicles, or any other benefits afforded to employees of the County of Cibola as a result of this Agreement. The Contractor acknowledges that all sums received hereunder are reportable by the Contractor for tax purposes, including without limitation, self-employment and business income tax. The Contractor agrees not to purport to bind the County of Cibola unless the Contractor has express written authority to do so, and then only within the strict limits of that authority.

18.     a.     Conflict of Interest/Governmental Conduct Act. The Contractor represents and warrants that it presently has no interest and, during the term of this Agreement, shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with the performance or services required under the Agreement.

        b.     The Contractor further represents and warrants that it has complied with, and, during the term of this Agreement, will continue to comply with, and that this Agreement complies with all applicable provisions of the Governmental Conduct Act, Chapter 10, Article 16 NMSA 1978. Without in anyway limiting the generality of the foregoing, the Contractor specifically represents and warrants that:

       i.     in accordance with Section 10-16-4.3 NMSA 1978, the Contractor does not employ, has not employed, and will not employ during the term of this Agreement any County employee while such employee was or is employed by the County and participating directly or indirectly in the County's contracting process;

      ii.    this Agreement complies with Section 10-16-7(B) NMSA 1978 because (i) the Contractor is not a public officer or employee of the County; (ii) the Contractor is not a member of the family of a public officer or employee of the County; (iii) the Contractor is not a business in which a public officer or employee or the family of a public officer or employee has a substantial interest; or (iv) if the Contractor is a public officer or employee of the County, a member of the family of a public officer or employee of the County, or a business in which a public officer or employee of the County or the family of a public officer or employee of the County has a substantial interest, public notice was given as required by Section 10-16-7(B) NMSA 1978 and this Agreement was awarded pursuant to a competitive process;

19.    The Procurement Code, Sections 13-1-28 through 13-1-199, NMSA 1978, imposes civil and criminal penalties for its violation. In addition, the New Mexico criminal statutes impose felony penalties for illegal bribes, gratuities and kickbacks.

20.    No federal appropriated funds can be paid or will be paid, by or on behalf of the CONTRACTOR, or any person for influencing or attempting to influence an officer or employee of any County, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, or the making of any Federal grant, the making of any federal loan, the entering into of any cooperative agreement, or modification of any Federal contract, grant, loan, or cooperative agreement. If any funds other than federal appropriated funds have been paid or will be paid to any person influencing or attempting to influence an officer or employee of any County, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection of this federal contract, grant, loan, or cooperative agreement, the CONTRACTOR shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

21.    All notices sent pursuant to this Agreement shall be given in writing and shall be delivered (a) in person, (b) by certified mail, postage prepaid, return receipt requested, (c) by facsimile, or (d) by commercial overnight courier that guarantees next day delivery and provides a receipt, and such notices shall be addressed as follows:

**County:**     Tony Boyd, County Manager
700 E. Roosevelt Ave. Suite 50
Grants, NM 87020

**CCA:**     Scott Irwin
General Counsel
Corrections Corporation of America
10 Burton Hills Boulevard Nashville, TN 37215
Fax number: 615-263-3020

and

Warden
Cibola County Correctional Facility
2000 Cibola Loop
Milan, New Mexico 87021
Fax number: 630-792-5636

23.    No waiver of any breach of the terms or conditions of this Agreement shall
be a waiver of any other or subsequent breach, nor shall any waiver be valid
or binding unless the same shall be in writing signed by the party charged.

**BOARD OF COUNTY COMMISSIONERS**

APPROVED, ADOPTED AND PASSED on this 26th day of October, 2016.

Redacted                    Redacted

T. Walter Jaramillo, Chair          Tony Boyd
Commissioner, District II           County Manager

Attest:

Redacted

Elisa Bro
Cibola County Clerk

**CORRECTIONS CORPORATION OF AMERICA**

By: Redacted          Date: 10/28/16

Page 6 of 6

New Mexico Attorney General/Authorized Representative

Signature: [Redacted]

Title: Deputy attorney General

Date: Oct. 28, 2016

**Risk Management Division**
**Dept. of General Services.**

Signature:  Redacted

Title:  Risk Management Litigation Bureau Chief

Date:  October 25, 2016

**Dept. of Finance and Administration/Local Government Division**

Signature: Redacted    for Redacted
                                Director

Title:    Deputy Director

Date:    10/27/16

# EXHIBIT 3

**U. S. Department of Justice**
**United States Marshals Service**                    **Modification of Intergovernmental Agreement**

| 1. Agreement No. | 2. Effective Date | 3. Facility Code(s) | 4. Modification No. | 5. DUNS No. |
|---|---|---|---|---|
| 51-96-0009 | 10/1/2019 | 6C6 | 5 | 54442348 |

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Intergovernmental Agreements Branch<br>CG-3, Suite 300<br>Washington, DC 20530-0001 | Cibola County Corrections Center<br>2000 Cibola Loop<br>Milan, MN 87021<br><br>Tax ID#: 85-029109 |

| 8. Appropriation Data<br>15X1020 | 9. Per-Diem Rate<br>$ Redacted | 10. Guard/Transportation Hourly Rate<br>$ Redacted for Court, Medical and Jail to Jail |
|---|---|---|

**11.  EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED.  TERMS OF THIS MODIFICATION:**

The purpose of this modification is to adjust the current per diem rate of $ Redacted to $ Redacted and guard/transportation rate of $ Redacted to $ Redacted to reflect the incorporated annual Wage Determination 2015-5451 (Rev 9) dated July 16, 2019 as well as the facility operating cost.  **Please see attached Wage Determination 2015-5451 (Rev. 9) dated July 16, 2019.**

Also the purpose of this modification is to update:

1) **Purpose of Agreement and Security Provided:** Replace Core Detention Standards with Federal Performance Based Detention Standards.

The Local Government shall accept and provide for the secure custody, safekeeping, housing, subsistence and care of Federal detainees in accordance with all state and local laws, standards, regulations, policies and court orders applicable to the operation of the Facility.  Detainees shall also be housed in a manner that is consistent with Federal law and the **Federal Performance Based Detention Standards** and/or any other standards required by an authorized agency whose detainees are housed by the Local Government pursuant to this Agreement.

2) **Inspection of Services:**  Replace Core Detention Standards with Federal Performance Based Detention Standards

Inspection standards for detainees may differ among authorized agency users.  The Local Government agrees to allow periodic inspections by Federal Government inspectors, to include approved Federal contractors, in accordance with the **Federal Performance Based Detention Standards** required by any or all of the Federal authorized agency users whose detainees may be housed pursuant to this Agreement  Findings of the inspections will be shared with the Facility administrator in order to promote improvements to Facility operations, conditions of confinement, and levels of services.

**12. INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICTION:**

A. ☐  LOCAL GOVERNMENT IS NOT REQUIRED
TO SIGN THIS DOCUMENT

B. ☒  LOCAL GOVERNMENT IS REQUIRED TO SIGN
THIS DOCUMENT AND RETURN ALL COPIES TO
U. S. MARSHAL

**13. APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| Redacted<br>*Signature*<br>County Manager          9/16/19<br>TITLE          DATE | Redacted<br>*Signature*<br>Grants Specialist          9/27/2019<br>TITLE          DATE |

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| Agreement Number: | Page _2_ of _22_ |
| --- | --- |

2) **Medical Services:**  Replace Core Detention Standards with Federal Performance Based Detention Standards

Medical care for Federal detainees shall be provided by the Local Government in accordance with the provisions of USMS, Publication 100-Prisoner Health Care Standards (www.usmarshals.gov/prisoner/standards.htm) and in compliance with the Core Detention Standards or those standards which may be required by any other authorized agency user.  The Local Government is responsible for all associated medical record keeping.

Please send all payment invoices for United States Marshals Service detainees only.

United States Marshals Service
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 180
Albuquerque, NM 87102
505-346-6400

Please send all payment invoices for Federal Bureau of Prisoners only.

Federal Bureau of Prisons
RRM San Antonio
727 East Cesar E. Chavez, Blvd.  Suite 8-138
San Antonio, TX 78206
210-472-6224

ALL OTHER CONDITIONS AND TERMS ARE TO REMAIN THE SAME IN ACCORDANCE WITH THE TERMS OF THE CURRENT INTERGOVERNMENTAL AGREEMENT.