IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as Personal
Representative of the ESTATE OF JAMES
RAMIREZ, deceased,

      Plaintiff,

v.                                                                      No. 1:25-cv-00395-MLG-JMR

CORECIVIC OF TENNESEE d/b/a
CORECIVIC, INC.; CIBOLA GENERAL
HOSPITAL, INC.; JOSEPH R. BOUNDS, RN;
JOSHUA LARSON, MD; CORRECTIONAL
MEDICINE ASSOCIATES, P.C. and
KEITH IVENS, MD,

      Defendants.

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Eugenio S. Mathis, as Personal Representative of the Estate of James Ramirez, Deceased ("Plaintiff"), and Defendant, Joshua Larson, M.D. ("Defendant Larson") (collectively, the "Parties"), by and through their respective undersigned counsel of record, move the Court for an order dismissing Plaintiff's claims against Defendant Larson only with prejudice. As grounds therefore the Parties state as follows:

1.      All matters in controversy between Plaintiff and Defendant Larson have been fully resolved.

2.      The Parties stipulate that the Complaint against Defendant Larson should be dismissed with prejudice.

The Parties, having fully settled the case between them, pray that this Joint Motion to Dismiss with Prejudice be granted in its entirety and for any other such relief as this Honorable Court deems just and proper.

Respectfully submitted,

**MAYER LLP**

 /s/ *Jessica D. Marshall*
Jessica D. Marshall
Veronica N. Mireles
4101 Indian School Rd NE, Suite 301N
Albuquerque, NM 87110
Telephone:  505-483-1840
Facsimile:  505-483-1841
Email:  jmarshall@mayerllp.com
            vmireles@mayerllp.com

*Attorneys for Defendant Joshua Larson, M.D.*

 - and -

**COLLINS & COLLINS, P.C.**

 /s/ *Elizabeth M. Piazza*, with permission
Rebekah Wright
Parrish Collins
P. O. Box 506
Albuquerque, NM  87103
Telephone: 505-242-5958
Email:  rebekah@collinsattorneys.com
            parrish@collinsattorneys.com

-and-

**GPJ LEGAL, P.C.**

Elizabeth M. Piazza
P.O. Box 93880
Albuquerque, NM 87199
Telephone: 505- 823-2300
Email:  epiazza@guebertlaw.com

*Attorneys for Plaintiff Eugenio S. Mathis, as Personal Representative of the Estate of James Ramirez, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing pleading with the Clerk of the Court by using the PACER electronic filing system which will serve this pleading upon all persons who have entered appearances in this case.

/s/ *Jessica D. Marshall*
Jessica D. Marshall