**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EUGENIO S. MATHIS, as Personal
Representative of the ESTATE OF JAMES
RAMIREZ, deceased,

      Plaintiff,

v.                                      No. 1:25-cv-00395-MLG-JMR

CORECIVIC OF TENNESEE d/b/a
CORECIVIC, INC.; CIBOLA GENERAL
HOSPITAL, INC.; JOSEPH R. BOUNDS, RN;
JOSHUA LARSON, MD; CORRECTIONAL
MEDICINE ASSOCIATES, P.C. and
KEITH IVENS, MD,

      Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF**
**PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOSHUA LARSON, M.D.**

The Court, being advised and having considered Plaintiff and Defendant Joshua Larson, M.D.'s Joint Motion to Dismiss with Prejudice (Doc. 36) in this case, and otherwise being fully advised, orders that each of Plaintiff's claims against Defendant Joshua Larson, M.D., and claims which could have been brought, are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs. This Order does not impact Plaintiff's claims against the remaining Defendants.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA