## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EUGENIO S. MATHIS, as Personal Representative of the ESTATE OF JAMES RAMIREZ, deceased,<br><br>**Plaintiff,**<br><br>v.<br><br>CORECIVIC OF TENNESSEE, d/b/a CORECIVIC, INC.; CIBOLA GENERAL HOSPITAL, INC.; JOSEPH R. BOUNDS, RN; JOSHUA LARSON, MD; CORRECTIONAL MEDICINE ASSOCIATES, P.C. and KEITH IVENS, MD,<br><br>**Defendants.** | No. 1:25-cv-00395-MLG-JMR |

### STIPULATION FOR DISMISSALWITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants CoreCivic, Correctional Medicine Associates, Joseph Bounds, and Keith Ivens (collectively "CoreCivic Defendants"), through their respective counsel, stipulate that all claims in the above-entitled action against CoreCivic Defendants shall be dismissed in their entirety, with prejudice. Plaintiff and CoreCivic Defendants further stipulate that each party will bear their own attorneys' fees and costs and shall not seek reimbursement of their costs or attorneys' fees from any other party.

///

///

1

Dated: February 18, 2026

/s/ Anne M. Orcutt
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
PO Box 6156
Albuquerque, NM 87197-6156
Tel.: (505) 844-7887
Fax: (505) 844-7123
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic of Tennessee d/b/a CoreCivic, Inc., Joseph R. Bounds, RN, Correctional Medicine Associates, P.C., and Keith Ivens, MD*

2

*/s/ Elizabeth M. Piazza*
Elizabeth M. Piazza
GENTILE PIAZZA JUNKER, PC
P. O. Box 36120
Albuquerque, NM 87176-6120
Tel.: (505) 823-2300
epiazza@gpjlegal.com

Parrish Collins
Francheska Bardacke
Rebekah Wright
COLLINS & COLLINS, P.C.
P. O. Box 506
Albuquerque, NM 87103
Tel.: (505) 424-5958
parrish@collinsattorneys.com
francheska@collinsattorneys.com
rebekah@collinsattorneys.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elizabeth M. Piazza
GENTILE PIAZZA JUNKER, PC
P. O. Box 36120
Albuquerque, NM 87176-6120
Tel.: (505) 823-2300
epiazza@gpjlegal.com

Parrish Collins
Rebekah Wright
COLLINS & COLLINS, P.C.
P. O. Box 506
Albuquerque, NM 87103
Tel.: (505) 424-5958
parrish@collinsattorneys.com
rebekah@collinsattorneys.com

*Attorneys for Plaintiff*

*/s/ Anne M. Orcutt*