# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as Personal
Representative of the ESTATE OF JAMES
RAMIREZ, deceased,

      Plaintiff,

v.                                                                                     No. 1:25-cv-00395-MLG-JMR

CORECIVIC OF TENNESEE d/b/a
CORECIVIC, INC.; CIBOLA GENERAL
HOSPITAL, INC.; JOSEPH R. BOUNDS, RN;
JOSHUA LARSON, MD; CORRECTIONAL
MEDICINE ASSOCIATES, P.C. and
KEITH IVENS, MD,

      Defendants.

## NOTICE MEMORIALIZING STIPULATED DISMISSAL

This matter comes before the Court on the Stipulation for Dismissal with Prejudice, Doc. 39, filed February 18, 2026. A voluntary dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(A) is self-executing. *See, e.g., De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). In the interest of clarity, the Court enters this notice memorializing that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney's fees.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA